UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC.,<br><br>  Plaintiff,<br>v.<br><br>JOHN DOES 1-X,<br><br>  Defendants. | Case No.  1:14-cv-2304-AKH |

### PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff CoStar Realty Information, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

- CoStar Group, Inc.

Dated:  April 4, 2014

By:  */s/ Kerry M. Mustico*
Matthew J. Oppenheim
Scott A. Zebrak
Kerry M. Mustico
OPPENHEIM + ZEBRAK, LLP
4400 Jenifer Street, NW, Suite 250
Washington, DC 20015
Tel:  202-621-9027
Fax: 866-766-1678
matt@oandzlaw.com
scott@oandzlaw.com
kerry@oandzlaw.com

*Attorneys for Plaintiff*
COSTAR REALTY INFORMATION, INC.