UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
 :
COSTAR REALTY INFORMATION, INC. :
 :     **ORDER**
                            Plaintiff, :
       -against- :     14 Civ. 2304 (AKH)
 :
JOHN DOES 1-X, :
 :
                            Defendants. :
 :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

On April 17, 2014, CompStak, Inc. ("CompStak") moved the court to reconsider a production order requiring CompStak to identify the John Does in CoStar Realty Information, Inc.'s ("CoStar") complaint. On April 24, 2014, I held an oral argument on CompStak's motion and ruled as follows:

1. CompStak has discharged its obligations under the production order and faces no outstanding production requirements.

2. CoStar has leave until May 26, 2014 to file an amended complaint identifying the Doe defendants or to dismiss its complaint.

3. CompStak's Motion for Reconsideration, except to the extent herein provided, is denied.

The Clerk shall mark the motion (Doc. No. 11) terminated.

SO ORDERED.

Dated:    April 28, 2014
          New York, New York

                                            _____
                                            ALVIN K. HELLERSTEIN
                                            United States District Judge

1